# THE MARKS LAW FIRM, P.C.

February 6, 2020

**Via: ECF**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __2-7-20__

RE: **Bonifacio v. Chan Hing Restaurant Inc. et al**
Docket: 1:19-cv-10330-JGK

Dear Judge Koeltl,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for February 11, 2020.

Defendant Chen Chung Weng was served on November 18, 2019 and Defendant Chan Hing Restaurant Inc. was served on November 20, 2020 through the secretary of state. As of today, Defendants have not yet contacted Plaintiff, appeared, answered, or otherwise moved. Plaintiff therefore requests thirty (30) days to make additional attempts to contact Defendants. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

*Time to serve defendants extended to March 10, 2020. Conference adjourned to Tuesday, April 14, 2020, at 4:30pm.*

*SO ORDERED.*

2/7/20 /s/ J.G. Koeltl, USDJ

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 - 3775, F: (646) 867 - 2639, brad@markslawpc.com
www.markslawpc.com