**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PRISCILIANO CRISTOBAL BONIFACIO,**

                **Plaintiff,**                19-cv-10330 (JGK)

     - against -                <u>ORDER</u>

**CHAN HING RESTAURANT INC., ET. AL.,**

                **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

    The June 25, 2020 conference is canceled. The parties should provide a Rule 26(f) report by July 3, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 19, 2020**                 /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                       **United States District Judge**