```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

PRISCILIANO CRISTOBAL BONIFACIO,

            Plaintiff,         19-cv-10330 (JGK)

    - against -          ORDER

CHAN HING RESTAURANT INC., ET AL.,

            Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff should submit papers in support of an Order to Show Cause for a default judgment by July 31, 2020. If the plaintiff fails to do so, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
           July 22, 2020           /s/ John G. Koeltl
                                                        John G. Koeltl
                                           United States District Judge