```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

PRISCILIANO CRISTOBAL BONIFACIO,

                Plaintiff,         19-cv-10330 (JGK)

      - against -            <u>ORDER</u>

CHAN HING RESTAURANT INC., ET AL.,

                Defendants.

─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file the necessary papers to move for an Order to Show Cause by August 12, 2020. The plaintiff may consult this Court's Individual Practices for an Order to Show Cause for a default judgment.

**SO ORDERED.**

**Dated:    New York, New York**
            **August 4, 2020**          ____/s/ John G. Koeltl_____
                                                        **John G. Koeltl**
                                               **United States District Judge**