```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――

PRISCILIANO CRISTOBAL BONIFACIO,
                                           19-cv-10330 (JGK)
                 Plaintiff,
                                           ORDER
        - against -

CHANG HING RESTAURANT ET AL.,

                 Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

    A conference is scheduled for September 15, 2020, at 4:30 pm. This action is stayed pending the conference. The Court believes that it may be able to resolve the outstanding issues without further briefing. The parties are also invited to resolve all outstanding issues before the conference, rather than to expend further resources.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **September 3, 2020**

                                                  /s/ John G. Koeltl
                                                    John G. Koeltl
                                          **United States District Judge**