UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

PRISCILIANO CRISTOBAL BONIFACIO,

                Plaintiff,

      - against -

CHANG HING RESTAURANT ET AL.,

                Defendants.

─────────────────────────────────────

                                 19-cv-10330 (JGK)

                                 ORDER

JOHN G. KOELTL, District Judge:

For the reasons discussed at today's conference, the Court orders the default be vacated, and the plaintiff's request to withdraw the Complaint is approved.  The case is therefore dismissed without prejudice.  The Clerk is directed to close this case and to close all pending motions.

SO ORDERED.

Dated:     New York, New York
         September 15, 2020

                             /s/ John G. Koeltl
                            John G. Koeltl
                 United States District Judge